In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00370-CV


____________________



SHANNON BULLOCK-HILL, Appellant



V.



GRP FINANCIAL SERVICES CORP., INC., Appellee 


 




On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 114336






MEMORANDUM OPINION



 On October 7, 2009, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why additional time was needed to file the record. The appellant did not respond
to the Court's notices. The appellant did not file an affidavit of indigence and is not entitled
to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory
explanation for the failure to file the record, the appeal is dismissed for want of prosecution. 
Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3. Costs are assessed against the appellant.

 APPEAL DISMISSED.



 ________________________________

 STEVE McKEITHEN

 Chief Justice

 


Opinion Delivered November 19, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.